# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: WORDELMAN, LESLIE | § | Case No. 09-43397-BWB |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on November 16, 2009. The undersigned trustee was appointed on November 16, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $         27,055.82

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 4,884.36 |
| Bank service fees | 1,686.34 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 5,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 15,485.12 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/22/2010 and the deadline for filing governmental claims was 05/15/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,955.58. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,955.58, for a total compensation of $2,955.58.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/02/2014            By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-43397-BWB  
**Case Name:** WORDELMAN, LESLIE  

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 11/16/09 (f)  
**§341(a) Meeting Date:** 12/30/09  

**Period Ending:** 12/02/14  
**Claims Bar Date:** 04/22/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 19467 VICTORIAN DRIVE, MOKENA, IL | 335,000.00 | 35,724.38 | | 26,464.56 | FA |
| 2 | TIMESHARE - OYSTER BAY BEACH RESORT | 3,500.00 | 0.00 | | 0.00 | FA |
| 3 | COSTA RICA PROPERTY | 9,000.00 | 0.00 | | 0.00 | FA |
| 4 | CHECKING ACCOUNT | 300.00 | 0.00 | | 0.00 | FA |
| 5 | HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 7 | AT&T FIDELITY 401K | 258,192.00 | 0.00 | | 0.00 | FA |
| 8 | DWS SCUDDER ROTH IRA | 1,833.00 | 0.00 | | 0.00 | FA |
| 9 | JANUS ROTH IRA | 3,135.00 | 0.00 | | 0.00 | FA |
| 10 | AT&T PENSION | 152,976.00 | 0.00 | | 0.00 | FA |
| 11 | AT&T PENSION | 482.97 | 0.00 | | 0.00 | FA |
| 12 | AT&T STOCK | 7,842.64 | 7,842.64 | | 582.54 | FA |
| 13 | IDEARC | 0.01 | 0.00 | | 0.00 | FA |
| 14 | AGERE SYSTEMS, INC. | 2.72 | 0.00 | | 0.00 | FA |
| 15 | VERIZON | 589.30 | 0.00 | | 0.00 | FA |
| 16 | COMCAST | 239.00 | 0.00 | | 0.00 | FA |
| 17 | 2009 FORD ESCAPE | 15,000.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 8.72 | Unknown |
| 18 | **Assets** Totals (Excluding unknown values) | **$790,592.64** | **$43,567.02** | | **$27,055.82** | **$0.00** |

**Major Activities Affecting Case Closing:**

PURSUING INTEREST & VALUATION IN AT&T STOCK; PURSUING DISCHARGE COMPLAINT AGAINST DEBTOR; INVESTIGATING PROSPECT OF ANY FURTHER COLLECTION; DEBTOR'S DISCHARGE DENIED; ATTEMPTING TO SETTLE DEBTOR'S CLAIM OF EXEMPTION; FINAL TO FOLLOW

**Initial Projected Date Of Final Report (TFR):** September 30, 2010    **Current Projected Date Of Final Report (TFR):** December 31, 2014

Exhibit B

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

**Case Number:** 09-43397-BWB  
**Case Name:** WORDELMAN, LESLIE  

**Taxpayer ID #:** **-***7386  
**Period Ending:** 12/02/14  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****36-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/05/10 | {12} | LESLIE WORDELMAN | TURNOVER OF FUNDS | 1129-000 | 582.54 | | 582.54 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.01 | | 582.55 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 582.57 |
| 04/12/10 | {1} | BRAUN & EDWARDS, CHARTERED | SALE OF REAL ESTATE/FRAUDULENT TRANSFER | 1141-000 | 26,464.56 | | 27,047.13 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.23 | | 27,047.36 |
| 04/20/10 | | Wire out to BNYM account 000214863665 | Wire out to BNYM account 000214863665 | 9999-000 | | 582.80 | 26,464.56 |
| 04/23/10 | | Wire out to BNYM account 000214863665 | Wire out to BNYM account 000214863665 | 9999-000 | | 26,464.56 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 27,047.36 | 27,047.36 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 27,047.36 | |
| | | | **Subtotal** | | 27,047.36 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$27,047.36** | **$0.00** | |

{} Asset reference(s)

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 09-43397-BWB | | **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| **Case Name:** | WORDELMAN, LESLIE | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****36-66 - Checking Account |
| **Taxpayer ID #:** | **-***7386 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 12/02/14 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 12/02/2014 04:49 PM     V.13.20

Exhibit B

## Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-43397-BWB  
**Case Name:** WORDELMAN, LESLIE  

**Taxpayer ID #:** **-***7386  
**Period Ending:** 12/02/14  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******36-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********3665 | Wire in from JPMorgan Chase Bank, N.A. account ********3665 | 9999-000 | 582.80 | | 582.80 |
| 04/23/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********3665 | Wire in from JPMorgan Chase Bank, N.A. account ********3665 | 9999-000 | 26,464.56 | | 27,047.36 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.29 | | 27,047.65 |
| 05/20/10 | 11001 | EUNICE SACHS & ASSOCIATES | COURT REPORTER/INVOICE 38994 | 2990-000 | | 105.00 | 26,942.65 |
| 05/21/10 | 11002 | Grochocinski, Grochocinski & Lloyd, Ltd. | REIMBURSEMENT OF ADVERSARY FILING FEE | 2700-000 | | 250.00 | 26,692.65 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 1.15 | | 26,693.80 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 1.10 | | 26,694.90 |
| 07/06/10 | 11003 | EUNICE SACHS & ASSOC | DEPOSITION TRANSCRIPT OF LESLIE WORDELMAN | 2990-000 | | 141.00 | 26,553.90 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 1.13 | | 26,555.03 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 1.13 | | 26,556.16 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 26,556.37 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 26,556.59 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 26,556.80 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 26,557.02 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 26,557.24 |
| 02/15/11 | 11004 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #09-43397, Bond# 016026455 | 2300-000 | | 21.45 | 26,535.79 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 26,535.99 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 26,536.21 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 26,536.42 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 26,536.64 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 26,536.85 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 26,537.07 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 50.89 | 26,486.18 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 26,486.40 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 61.69 | 26,424.71 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.82 | 26,426.53 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 26,426.74 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 54.30 | 26,372.44 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 26,372.66 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 52.38 | 26,320.28 |

Subtotals : $27,055.17  $734.89

{} Asset reference(s)  Printed: 12/02/2014 04:49 PM  V.13.20

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 09-43397-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | WORDELMAN, LESLIE | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******36-65 - Checking Account |
| Taxpayer ID #: | **-***7386 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/02/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 26,320.49 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 57.69 | 26,262.80 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 26,263.02 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 53.96 | 26,209.06 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 26,209.28 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 57.29 | 26,151.99 |
| 02/14/12 | 11005 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2011 FOR CASE #09-43397, BOND#016026455/Feb 1, 2012 thru Feb 1, 2013 | 2300-000 | | 22.63 | 26,129.36 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 51.79 | 26,077.57 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 53.43 | 26,024.14 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 51.55 | 25,972.59 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 58.54 | 25,914.05 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 51.33 | 25,862.72 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 56.52 | 25,806.20 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 54.64 | 25,751.56 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 49.24 | 25,702.32 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 57.93 | 25,644.39 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 52.54 | 25,591.85 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 50.69 | 25,541.16 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033018088 20130103 | 9999-000 | | 25,541.16 | 0.00 |
| | | | ACCOUNT TOTALS | | 27,055.82 | 27,055.82 | $0.00 |
| | | | Less: Bank Transfers | | 27,047.36 | 25,541.16 | |
| | | | Subtotal | | 8.46 | 1,514.66 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $8.46 | $1,514.66 | |

{} Asset reference(s)                                                                                                    Printed: 12/02/2014 04:49 PM    V.13.20

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 09-43397-BWB  
**Case Name:** WORDELMAN, LESLIE  

**Taxpayer ID #:** **-***7386  
**Period Ending:** 12/02/14  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******36-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)   Printed: 12/02/2014 04:49 PM   V.13.20

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 09-43397-BWB  
**Case Name:** WORDELMAN, LESLIE  

**Taxpayer ID #:** **-***7386  
**Period Ending:** 12/02/14  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1765 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 25,541.16 | | 25,541.16 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.17 | 25,501.99 |
| 02/13/13 | 21006 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #09-43397, Bond #016026455 Voided on 02/13/13 | 2300-000 | | 24.38 | 25,477.61 |
| 02/13/13 | 21006 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #09-43397, Bond #016026455 Voided: check issued on 02/13/13 | 2300-000 | | -24.38 | 25,501.99 |
| 02/13/13 | 21007 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #09-43397, bond#016026455 | 2300-000 | | 24.38 | 25,477.61 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.22 | 25,443.39 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.37 | 25,408.02 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.97 | 25,369.05 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.70 | 25,331.35 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.00 | 25,297.35 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.02 | 25,257.33 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.32 | 25,221.01 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.06 | 25,185.95 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.85 | 25,146.10 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.75 | 25,112.35 |
| 12/06/13 | 21008 | INNOVALAW, PC | COMPENSATION TO TEE'S COUNSEL | 3210-000 | | 4,302.50 | 20,809.85 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.25 | 20,772.60 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.87 | 20,741.73 |
| 02/03/14 | 21009 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2013 FOR CASE #09-43397, BOND#016026455 | 2300-000 | | 17.40 | 20,724.33 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.83 | 20,696.50 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.77 | 20,667.73 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.71 | 20,636.02 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.67 | 20,606.35 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.64 | 20,577.71 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.56 | 20,545.15 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.56 | 20,516.59 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.47 | 20,485.12 |
| | | | Subtotals : | | $25,541.16 | $5,056.04 | |

{} Asset reference(s)

Printed: 12/02/2014 04:49 PM    V.13.20

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

**Case Number:** 09-43397-BWB  
**Case Name:** WORDELMAN, LESLIE  

**Taxpayer ID #:** **-***7386  
**Period Ending:** 12/02/14  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1765 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/02/14 | 21010 | LESLIE WORDELMAN | EXEMPTION TO DEBTOR | 8100-002 | | 5,000.00 | 15,485.12 |
| | | | **ACCOUNT TOTALS** | | 25,541.16 | 10,056.04 | **$15,485.12** |
| | | | Less: Bank Transfers | | 25,541.16 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 10,056.04 | |
| | | | Less: Payments to Debtors | | | 5,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$5,056.04** | |

Net Receipts : 27,055.82  
Less Payments to Debtor : 5,000.00  
———————  
Net Estate : $22,055.82

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****36-65** | 27,047.36 | 0.00 | 0.00 |
| **Checking # ***-*****36-66** | 0.00 | 0.00 | 0.00 |
| **Checking # ****-******36-65** | 8.46 | 1,514.66 | 0.00 |
| **Checking # ****-******36-66** | 0.00 | 0.00 | 0.00 |
| **Checking # ******1765** | 0.00 | 5,056.04 | 15,485.12 |
| | **$27,055.82** | **$6,570.70** | **$15,485.12** |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 22, 2010

**Case Number:** 09-43397-BWB  
**Debtor Name:** WORDELMAN, LESLIE

Page: 1

**Date:** December 2, 2014  
**Time:** 04:49:23 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADMIN1 200 | THOMAS B. SULLIVAN, TRUSTEE<br>1900 RAVINIA PLACE<br>ORLAND PARK, IL 60462 | Admin Ch. 7 | | $2,955.58 | $0.00 | 2,955.58 |
| ADMIN2 200 | Alan D. Lasko<br>Alan D. Lasko & Associates,P.C<br>29 S. LaSalle Street, Ste 1240<br>Chicago, IL 60603 | Admin Ch. 7 | | $1,741.00 | $0.00 | 1,741.00 |
| ADMIN3 200 | Alan D. Lasko<br>Alan D. Lasko & Associates,P.C<br>29 S. LaSalle Street, Ste 1240<br>Chicago, IL 60603 | Admin Ch. 7 | | $11.40 | $0.00 | 11.40 |
| ADMIN4 200 | INNOVALAW, PC<br>1900 Ravinia Place<br>Orland Park, IL 60462 | Admin Ch. 7 | | $4,302.50 | $4,302.50 | 0.00 |
| NA 100 | LESLIE WORDELMAN | Secured | | $5,000.00 | $5,000.00 | 0.00 |
| 2 560 | JP Morgan Chase Bank, N.A.<br>Chase Auto Finance<br>PO Box 901032<br>Ft Worth, TX 76101 | Secured | WITHDRAWN | $0.00 | $0.00 | 0.00 |
| 1 610 | American Express Bank, FSB<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $4,246.65 | $0.00 | 4,246.65 |
| 3 610 | Beermann Swerdlove LLP<br>William A Zolla<br>161 N. Clark St.,Suite 2600<br>Chicago, IL 60601 | Unsecured | | $52,147.10 | $0.00 | 52,147.10 |
| **<< Totals >>** | | | | 70,404.23 | 9,302.50 | 61,101.73 |

**TRUSTEE'S PROPOSED DISTRIBUTION**                                             Exhibit D

Case No.: 09-43397-BWB
Case Name: WORDELMAN, LESLIE
Trustee Name: THOMAS B. SULLIVAN, TRUSTEE

**Balance on hand:**                                      $          15,485.12

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | JP Morgan Chase Bank, N.A. | 10,037.85 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:    $          0.00
Remaining balance:                          $     15,485.12

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 2,955.58 | 0.00 | 2,955.58 |
| Attorney for Trustee, Fees - INNOVALAW, PC | 4,302.50 | 4,302.50 | 0.00 |
| Accountant for Trustee, Fees - Alan D. Lasko | 1,741.00 | 0.00 | 1,741.00 |
| Accountant for Trustee, Expenses - Alan D. Lasko | 11.40 | 0.00 | 11.40 |

Total to be paid for chapter 7 administration expenses:    $      4,707.98
Remaining balance:                                           $     10,777.14

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $          0.00
Remaining balance:                                               $     10,777.14

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

| | | |
|---|---:|---:|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 10,777.14 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 56,393.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | American Express Bank, FSB | 4,246.65 | 0.00 | 811.56 |
| 3 | Beermann Swerdlove LLP | 52,147.10 | 0.00 | 9,965.58 |

| | | |
|---|---:|---:|
| Total to be paid for timely general unsecured claims: | $ | 10,777.14 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

| | | |
|---|---:|---:|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**