# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: WORDELMAN, LESLIE § | Case No. 09-43397-BWB |
| § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS B. SULLIVAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:00am on 01/09/2015 in Courtroom          , United States Courthouse,
150 W Jefferson Street
Second Floor
Joliet, IL
.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  12/05/2014          By:   /s/THOMAS B. SULLIVAN, TRUSTEE
                                                        Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL  60602
(312) 878-4802

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: WORDELMAN, LESLIE | § | Case No. 09-43397-BWB |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*  $ 27,055.82

*and approved disbursements of*  $ 11,570.70

*leaving a balance on hand of* [1]  $ 15,485.12

**Balance on hand:**  $ 15,485.12

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | JP Morgan Chase Bank, N.A. | 10,037.85 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 15,485.12

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 2,955.58 | 0.00 | 2,955.58 |
| Attorney for Trustee, Fees - INNOVALAW, PC | 4,302.50 | 4,302.50 | 0.00 |
| Accountant for Trustee, Fees - Alan D. Lasko | 1,741.00 | 0.00 | 1,741.00 |
| Accountant for Trustee, Expenses - Alan D. Lasko | 11.40 | 0.00 | 11.40 |

Total to be paid for chapter 7 administration expenses:  $ 4,707.98
Remaining balance:  $ 10,777.14

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 10,777.14 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 10,777.14 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 56,393.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Express Bank, FSB | 4,246.65 | 0.00 | 811.56 |
| 3 | Beermann Swerdlove LLP | 52,147.10 | 0.00 | 9,965.58 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 10,777.14 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $          0.00
Remaining balance:  $          0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $          0.00
Remaining balance:  $          0.00

Prepared By:  /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL  60602
(312) 878-4802

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Leslie S. Wordelman  
    Debtor

Case No. 09-43397-BWB  
Chapter 7

## CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: gbeemster              Page 1 of 1                  Date Rcvd: Dec 08, 2014
                              Form ID: pdf006              Total Noticed: 14
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2014.
```
db             +Leslie S. Wordelman,    19467 Victoria Dr.,    Mokena, IL 60448-9297
aty            +Alan D Lasko,    Alan D Lasko & Associates Pc,    29 South Lasalle Street,
                 Chicago, IL 60603-1522
aty            +Law Office of William J. Factor,    105 W Madison,    Suite 1500,    Chicago, IL 60602-4602
aty            +William J Factor,    105 W. Madison,    Suite 1500,    Chicago, IL 60602-4602
14729604       +American Express,    Box 0001,    Los Angeles, CA 90096-8000
15106018        American Express Bank, FSB,    POB 3001,    Malvern, PA 19355-0701
14729605       +BAC Home Loan Service,    PO Box 650070,    Dallas, TX 75265-0070
14729606       +Beermann Swerdlove LLP,    William A Zolla,    161 N. Clark St.,    Suite 2600,
                 Chicago, IL 60601-3243
14729607       +Chase,   P.O. Box 19886,    Wilmington, DE 19886-0001
14729609       +Harris Bank,    PO Box 6201,    Carol Stream, IL 60197-6201
14729610       +Iron Shore Mgmt,    PO Box 29352,    Phoenix, AZ 85038-9352
15322960       +JP Morgan Chase Bank, N.A.,    Chase Auto Finance,    PO Box 901032,    Ft Worth, TX 76101-2032
14729611       +Macy's,   P. O. Box 8066,    Mason, OH 45040-8066
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14729608       +E-mail/Text: bk.notifications@jpmchase.com Dec 09 2014 00:47:54     Chase Auto Finance,
                 PO Box 901076,    Fort Worth, TX 76101-2076
                                                                                              TOTAL: 1
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2014                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2014 at the address(es) listed below:
```
          David E Grochocinski     on behalf of Attorney    InnovaLaw, P.C. lawyers@innovalaw.com,
           lawyers@innovalaw.com
          David P Lloyd     on behalf of Trustee Thomas B Sullivan courtdocs@davidlloydlaw.com
          Eric G Zelazny     on behalf of Defendant Leslie S. Wordelman Eric@lwslaw.com
          Eric G Zelazny     on behalf of Debtor Leslie S. Wordelman Eric@lwslaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Richard S Ralston     on behalf of Plaintiff    Chase Bank USA N.A. richardr@w-legal.com,
           chapter-13@w-legal.com
          Thomas B Sullivan    tsullivan@wfactorlaw.com,    IL19@ecfcbis.com;gsullivan@ecf.inforuptcy.com
          William A Zolla     on behalf of Creditor    Beermann Swerdlove LLP wazolla@beermannlaw.com
                                                                                             TOTAL: 8
```