**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re:  WORDELMAN, LESLIE                       § Case No. 09-43397-BWB
                                                §
                                                §
                                                §
Debtor(s)                                       §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $447,750.00                    Assets Exempt: $437,818.97
*(without deducting any secured claims)*

Total Distribution to Claimants: $10,777.14      Claims Discharged
                                                 Without Payment: $45,616.61

Total Expenses of Administration: $11,278.68

---

   3)  Total gross receipts of $     27,055.82    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     5,000.00   (see **Exhibit 2**), yielded net receipts of $22,055.82 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $10,037.85 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 11,278.68 | 11,278.68 | 11,278.68 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 56,393.75 | 56,393.75 | 10,777.14 |
| **TOTAL DISBURSEMENTS** | $0.00 | $77,710.28 | $67,672.43 | $22,055.82 |

    4) This case was originally filed under Chapter 7 on November 16, 2009. The case was pending for 69 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/21/2015        By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 19467 VICTORIAN DRIVE, MOKENA, IL | 1141-000 | 26,464.56 |
| AT&T STOCK | 1129-000 | 582.54 |
| Interest Income | 1270-000 | 8.72 |
| **TOTAL GROSS RECEIPTS** | | **$27,055.82** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| LESLIE WORDELMAN | EXEMPTION TO DEBTOR | 8100-002 | 0.00 |
| Clerk Of The U.S. Bankruptcy Court | | 8100-002 | 5,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$5,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | JP Morgan Chase Bank, N.A. | 4110-000 | N/A | 10,037.85 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$10,037.85** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 2,955.58 | 2,955.58 | 2,955.58 |
| Alan D. Lasko | 3410-000 | N/A | 1,741.00 | 1,741.00 | 1,741.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Code | | Amount | | |
|---|---|---|---|---|---|
| Alan D. Lasko | 3420-000 | N/A | 11.40 | 11.40 | 11.40 |
| INNOVALAW, PC | 3210-000 | N/A | 4,302.50 | 4,302.50 | 4,302.50 |
| EUNICE SACHS & ASSOCIATES | 2990-000 | N/A | 105.00 | 105.00 | 105.00 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| EUNICE SACHS & ASSOC | 2990-000 | N/A | 141.00 | 141.00 | 141.00 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 21.45 | 21.45 | 21.45 |
| The Bank of New York Mellon | 2600-000 | N/A | 50.89 | 50.89 | 50.89 |
| The Bank of New York Mellon | 2600-000 | N/A | 59.87 | 59.87 | 59.87 |
| The Bank of New York Mellon | 2600-000 | N/A | 54.30 | 54.30 | 54.30 |
| The Bank of New York Mellon | 2600-000 | N/A | 52.38 | 52.38 | 52.38 |
| The Bank of New York Mellon | 2600-000 | N/A | 57.69 | 57.69 | 57.69 |
| The Bank of New York Mellon | 2600-000 | N/A | 53.96 | 53.96 | 53.96 |
| The Bank of New York Mellon | 2600-000 | N/A | 57.29 | 57.29 | 57.29 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 22.63 | 22.63 | 22.63 |
| The Bank of New York Mellon | 2600-000 | N/A | 51.79 | 51.79 | 51.79 |
| The Bank of New York Mellon | 2600-000 | N/A | 53.43 | 53.43 | 53.43 |
| The Bank of New York Mellon | 2600-000 | N/A | 51.55 | 51.55 | 51.55 |
| The Bank of New York Mellon | 2600-000 | N/A | 58.54 | 58.54 | 58.54 |
| The Bank of New York Mellon | 2600-000 | N/A | 51.33 | 51.33 | 51.33 |
| The Bank of New York Mellon | 2600-000 | N/A | 56.52 | 56.52 | 56.52 |
| The Bank of New York Mellon | 2600-000 | N/A | 54.64 | 54.64 | 54.64 |
| The Bank of New York Mellon | 2600-000 | N/A | 49.24 | 49.24 | 49.24 |
| The Bank of New York Mellon | 2600-000 | N/A | 57.93 | 57.93 | 57.93 |
| The Bank of New York Mellon | 2600-000 | N/A | 52.54 | 52.54 | 52.54 |
| The Bank of New York Mellon | 2600-000 | N/A | 50.69 | 50.69 | 50.69 |
| Rabobank, N.A. | 2600-000 | N/A | 39.17 | 39.17 | 39.17 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 24.38 | 24.38 | 24.38 |
| Rabobank, N.A. | 2600-000 | N/A | 34.22 | 34.22 | 34.22 |
| Rabobank, N.A. | 2600-000 | N/A | 35.37 | 35.37 | 35.37 |
| Rabobank, N.A. | 2600-000 | N/A | 38.97 | 38.97 | 38.97 |
| Rabobank, N.A. | 2600-000 | N/A | 37.70 | 37.70 | 37.70 |
| Rabobank, N.A. | 2600-000 | N/A | 34.00 | 34.00 | 34.00 |
| Rabobank, N.A. | 2600-000 | N/A | 40.02 | 40.02 | 40.02 |
| Rabobank, N.A. | 2600-000 | N/A | 36.32 | 36.32 | 36.32 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 35.06 | 35.06 | 35.06 |
| Rabobank, N.A. | 2600-000 | N/A | 39.85 | 39.85 | 39.85 |
| Rabobank, N.A. | 2600-000 | N/A | 33.75 | 33.75 | 33.75 |
| Rabobank, N.A. | 2600-000 | N/A | 37.25 | 37.25 | 37.25 |
| Rabobank, N.A. | 2600-000 | N/A | 30.87 | 30.87 | 30.87 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 17.40 | 17.40 | 17.40 |
| Rabobank, N.A. | 2600-000 | N/A | 27.83 | 27.83 | 27.83 |
| Rabobank, N.A. | 2600-000 | N/A | 28.77 | 28.77 | 28.77 |
| Rabobank, N.A. | 2600-000 | N/A | 31.71 | 31.71 | 31.71 |
| Rabobank, N.A. | 2600-000 | N/A | 29.67 | 29.67 | 29.67 |
| Rabobank, N.A. | 2600-000 | N/A | 28.64 | 28.64 | 28.64 |
| Rabobank, N.A. | 2600-000 | N/A | 32.56 | 32.56 | 32.56 |
| Rabobank, N.A. | 2600-000 | N/A | 28.56 | 28.56 | 28.56 |
| Rabobank, N.A. | 2600-000 | N/A | 31.47 | 31.47 | 31.47 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$11,278.68** | **$11,278.68** | **$11,278.68** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Express Bank, FSB | 7100-000 | N/A | 4,246.65 | 4,246.65 | 811.56 |
| 3 | Clerk Of The U.S. Bankruptcy Court - Beermann Swerdlove | 7100-001 | N/A | 52,147.10 | 52,147.10 | 9,965.58 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $56,393.75 | $56,393.75 | $10,777.14 |

UST Form 101-7-TDR (10/1/2010)

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-43397-BWB  
**Case Name:** WORDELMAN, LESLIE  

**Period Ending:** 08/21/15

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 11/16/09 (f)  
**§341(a) Meeting Date:** 12/30/09  
**Claims Bar Date:** 04/22/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 19467 VICTORIAN DRIVE, MOKENA, IL | 335,000.00 | 35,724.38 | | 26,464.56 | FA |
| 2 | TIMESHARE - OYSTER BAY BEACH RESORT | 3,500.00 | 0.00 | | 0.00 | FA |
| 3 | COSTA RICA PROPERTY | 9,000.00 | 0.00 | | 0.00 | FA |
| 4 | CHECKING ACCOUNT | 300.00 | 0.00 | | 0.00 | FA |
| 5 | HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 7 | AT&T FIDELITY 401K | 258,192.00 | 0.00 | | 0.00 | FA |
| 8 | DWS SCUDDER ROTH IRA | 1,833.00 | 0.00 | | 0.00 | FA |
| 9 | JANUS ROTH IRA | 3,135.00 | 0.00 | | 0.00 | FA |
| 10 | AT&T PENSION | 152,976.00 | 0.00 | | 0.00 | FA |
| 11 | AT&T PENSION | 482.97 | 0.00 | | 0.00 | FA |
| 12 | AT&T STOCK | 7,842.64 | 7,842.64 | | 582.54 | FA |
| 13 | IDEARC | 0.01 | 0.00 | | 0.00 | FA |
| 14 | AGERE SYSTEMS, INC. | 2.72 | 0.00 | | 0.00 | FA |
| 15 | VERIZON | 589.30 | 0.00 | | 0.00 | FA |
| 16 | COMCAST | 239.00 | 0.00 | | 0.00 | FA |
| 17 | 2009 FORD ESCAPE | 15,000.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 8.72 | FA |
| 18 | **Assets Totals** (Excluding unknown values) | **$790,592.64** | **$43,567.02** | | **$27,055.82** | **$0.00** |

**Major Activities Affecting Case Closing:**

FINAL APPROVED; DISTRIBUTION CHECKS SENT 1/13/15; AWAITING CLEARANCE OF SAME; TDR TO FOLLOW

PURSUING INTEREST & VALUATION IN AT&T STOCK; PURSUING DISCHARGE COMPLAINT AGAINST DEBTOR; INVESTIGATING PROSPECT OF ANY FURTHER COLLECTION; DEBTOR'S DISCHARGE DENIED; ATTEMPTING TO SETTLE DEBTOR'S CLAIM OF EXEMPTION; FINAL TO FOLLOW; FINAL HEARING SET FOR 1/9/15;

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-43397-BWB  **Trustee:** (330180)   THOMAS B. SULLIVAN, TRUSTEE
**Case Name:** WORDELMAN, LESLIE  **Filed (f) or Converted (c):** 11/16/09 (f)
  **§341(a) Meeting Date:** 12/30/09
**Period Ending:** 08/21/15  **Claims Bar Date:** 04/22/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   September 30, 2010   **Current Projected Date Of Final Report (TFR):**   December 4, 2014  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-43397-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | WORDELMAN, LESLIE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****36-65 - Money Market Account |
| Taxpayer ID #: | **-***7386 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/21/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 02/05/10 | {12} | LESLIE WORDELMAN | TURNOVER OF FUNDS | 1129-000 | 582.54 | | 582.54 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.01 | | 582.55 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 582.57 |
| 04/12/10 | {1} | BRAUN & EDWARDS, CHARTERED | SALE OF REAL ESTATE/FRAUDULENT TRANSFER | 1141-000 | 26,464.56 | | 27,047.13 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.23 | | 27,047.36 |
| 04/20/10 | | Wire out to BNYM account 000214863665 | Wire out to BNYM account 000214863665 | 9999-000 | | 582.80 | 26,464.56 |
| 04/23/10 | | Wire out to BNYM account 000214863665 | Wire out to BNYM account 000214863665 | 9999-000 | | 26,464.56 | 0.00 |
| | | | ACCOUNT TOTALS | | 27,047.36 | 27,047.36 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 27,047.36 | |
| | | | Subtotal | | 27,047.36 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $27,047.36 | $0.00 | |

{} Asset reference(s)

Printed: 08/21/2015 09:59 AM V.13.23

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| **Case Number:** 09-43397-BWB | **Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Case Name:** WORDELMAN, LESLIE | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | **Account:** ***-*****36-66 - Checking Account |
| **Taxpayer ID #:** **-***7386 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 08/21/15 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 08/21/2015 09:59 AM    V.13.23

Exhibit 9

## Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 09-43397-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | WORDELMAN, LESLIE | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******36-65 - Checking Account |
| Taxpayer ID #: | **-***7386 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 08/21/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********3665 | Wire in from JPMorgan Chase Bank, N.A. account ********3665 | 9999-000 | 582.80 | | 582.80 |
| 04/23/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********3665 | Wire in from JPMorgan Chase Bank, N.A. account ********3665 | 9999-000 | 26,464.56 | | 27,047.36 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0500% | 1270-000 | 0.29 | | 27,047.65 |
| 05/20/10 | 11001 | EUNICE SACHS & ASSOCIATES | COURT REPORTER/INVOICE 38994 | 2990-000 | | 105.00 | 26,942.65 |
| 05/21/10 | 11002 | Grochocinski, Grochocinski & Lloyd, Ltd. | REIMBURSEMENT OF ADVERSARY FILING FEE | 2700-000 | | 250.00 | 26,692.65 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0500% | 1270-000 | 1.15 | | 26,693.80 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0500% | 1270-000 | 1.10 | | 26,694.90 |
| 07/06/10 | 11003 | EUNICE SACHS & ASSOC | DEPOSITION TRANSCRIPT OF LESLIE WORDELMAN | 2990-000 | | 141.00 | 26,553.90 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0500% | 1270-000 | 1.13 | | 26,555.03 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0500% | 1270-000 | 1.13 | | 26,556.16 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.21 | | 26,556.37 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.22 | | 26,556.59 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.21 | | 26,556.80 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.22 | | 26,557.02 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.22 | | 26,557.24 |
| 02/15/11 | 11004 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #09-43397, Bond# 016026455 | 2300-000 | | 21.45 | 26,535.79 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.20 | | 26,535.99 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.22 | | 26,536.21 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.21 | | 26,536.42 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.22 | | 26,536.64 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.21 | | 26,536.85 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.22 | | 26,537.07 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 50.89 | 26,486.18 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.22 | | 26,486.40 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 61.69 | 26,424.71 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.82 | 26,426.53 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.21 | | 26,426.74 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 54.30 | 26,372.44 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.22 | | 26,372.66 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 52.38 | 26,320.28 |

Subtotals :          $27,055.17          $734.89

{} Asset reference(s)                                                              Printed: 08/21/2015 09:59 AM     V.13.23

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 09-43397-BWB | | **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| **Case Name:** | WORDELMAN, LESLIE | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | ****-******36-65 - Checking Account |
| **Taxpayer ID #:** | **-***7386 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 08/21/15 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 26,320.49 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 57.69 | 26,262.80 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 26,263.02 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 53.96 | 26,209.06 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 26,209.28 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 57.29 | 26,151.99 |
| 02/14/12 | 11005 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2011 FOR CASE #09-43397, BOND#016026455/Feb 1, 2012 thru Feb 1, 2013 | 2300-000 | | 22.63 | 26,129.36 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 51.79 | 26,077.57 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 53.43 | 26,024.14 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 51.55 | 25,972.59 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 58.54 | 25,914.05 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 51.33 | 25,862.72 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 56.52 | 25,806.20 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 54.64 | 25,751.56 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 49.24 | 25,702.32 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 57.93 | 25,644.39 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 52.54 | 25,591.85 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 50.69 | 25,541.16 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033018088 20130103 | 9999-000 | | 25,541.16 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 27,055.82 | 27,055.82 | $0.00 |
| | | | Less: Bank Transfers | | 27,047.36 | 25,541.16 | |
| | | | **Subtotal** | | 8.46 | 1,514.66 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8.46** | **$1,514.66** | |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 08/21/2015 09:59 AM    V.13.23

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| | |
|---|---|
| **Case Number:** 09-43397-BWB | **Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Case Name:** WORDELMAN, LESLIE | **Bank Name:** The Bank of New York Mellon |
| | **Account:** ****-******36-66 - Checking Account |
| **Taxpayer ID #:** **-***7386 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 08/21/15 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 08/21/2015 09:59 AM    V.13.23

## Form 2
### Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 09-43397-BWB  
**Case Name:** WORDELMAN, LESLIE  

**Taxpayer ID #:** **-***7386  
**Period Ending:** 08/21/15  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1765 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 25,541.16 | | 25,541.16 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.17 | 25,501.99 |
| 02/13/13 | 21006 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #09-43397, Bond #016026455<br>Voided on 02/13/13 | 2300-000 | | 24.38 | 25,477.61 |
| 02/13/13 | 21006 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #09-43397, Bond #016026455<br>Voided: check issued on 02/13/13 | 2300-000 | | -24.38 | 25,501.99 |
| 02/13/13 | 21007 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #09-43397, bond#016026455 | 2300-000 | | 24.38 | 25,477.61 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.22 | 25,443.39 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.37 | 25,408.02 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.97 | 25,369.05 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.70 | 25,331.35 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.00 | 25,297.35 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.02 | 25,257.33 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.32 | 25,221.01 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.06 | 25,185.95 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.85 | 25,146.10 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.75 | 25,112.35 |
| 12/06/13 | 21008 | INNOVALAW, PC | COMPENSATION TO TEE'S COUNSEL | 3210-000 | | 4,302.50 | 20,809.85 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.25 | 20,772.60 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.87 | 20,741.73 |
| 02/03/14 | 21009 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2013 FOR CASE #09-43397, BOND#016026455 | 2300-000 | | 17.40 | 20,724.33 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.83 | 20,696.50 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.77 | 20,667.73 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.71 | 20,636.02 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.67 | 20,606.35 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.64 | 20,577.71 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.56 | 20,545.15 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.56 | 20,516.59 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.47 | 20,485.12 |

Subtotals : $25,541.16 $5,056.04

{} Asset reference(s)

Printed: 08/21/2015 09:59 AM V.13.23

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 7

| Case Number: | 09-43397-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | WORDELMAN, LESLIE | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******1765 - Checking Account |
| Taxpayer ID #: | **-***7386 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 08/21/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/02/14 | 21010 | LESLIE WORDELMAN | EXEMPTION TO DEBTOR Stopped on 04/13/15 | 8100-002 | | 5,000.00 | 15,485.12 |
| 01/12/15 | 21011 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $2,955.58, Trustee Compensation;  Reference: | 2100-000 | | 2,955.58 | 12,529.54 |
| 01/12/15 | 21012 | Alan D. Lasko | Dividend paid 100.00% on $1,741.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,741.00 | 10,788.54 |
| 01/12/15 | 21013 | Alan D. Lasko | Dividend paid 100.00% on $11.40, Accountant for Trustee Expenses (Other Firm);  Reference: | 3420-000 | | 11.40 | 10,777.14 |
| 01/12/15 | 21014 | American Express Bank, FSB | Dividend paid  19.11% on $4,246.65; Claim# 1; Filed: $4,246.65; Reference: | 7100-000 | | 811.56 | 9,965.58 |
| 01/12/15 | 21015 | Beermann Swerdlove LLP | Dividend paid  19.11% on $52,147.10; Claim# 3; Filed: $52,147.10; Reference: Stopped on 04/13/15 | 7100-000 | | 9,965.58 | 0.00 |
| 04/13/15 | 21010 | LESLIE WORDELMAN | EXEMPTION TO DEBTOR Stopped: check issued on 10/02/14 | 8100-002 | | -5,000.00 | 5,000.00 |
| 04/13/15 | 21015 | Beermann Swerdlove LLP | Dividend paid  19.11% on $52,147.10; Claim# 3; Filed: $52,147.10; Reference: Stopped: check issued on 01/12/15 | 7100-000 | | -9,965.58 | 14,965.58 |
| 04/13/15 | 21016 | Clerk Of The U.S. Bankruptcy Court | UNCLAIMED FUNDS | | | 14,965.58 | 0.00 |
| | | | 5,000.00 | 8100-002 | | | 0.00 |
| | | | 9,965.58 | 7100-001 | | | 0.00 |
| | | | ACCOUNT TOTALS | | 25,541.16 | 25,541.16 | $0.00 |
| | | | Less: Bank Transfers | | 25,541.16 | 0.00 | |
| | | | Subtotal | | 0.00 | 25,541.16 | |
| | | | Less: Payments to Debtors | | | 5,000.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $20,541.16 | |

| | | |
|---|---|---|
| Net Receipts : | 27,055.82 | |
| Less Payments to Debtor : | 5,000.00 | |
| Net Estate : | $22,055.82 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****36-65 | 27,047.36 | 0.00 | 0.00 |
| Checking # ***-*****36-66 | 0.00 | 0.00 | 0.00 |
| Checking # ****-******36-65 | 8.46 | 1,514.66 | 0.00 |
| Checking # ****-******36-66 | 0.00 | 0.00 | 0.00 |
| Checking # ******1765 | 0.00 | 20,541.16 | 0.00 |
| | $27,055.82 | $27,055.82 | $0.00 |

{} Asset reference(s)

Printed: 08/21/2015 09:59 AM     V.13.23

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 8

**Case Number:** 09-43397-BWB  
**Case Name:** WORDELMAN, LESLIE  

**Taxpayer ID #:** **-***7386  
**Period Ending:** 08/21/15  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1765 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

{} Asset reference(s)

Printed: 08/21/2015 09:59 AM     V.13.23